## EXHIBIT 1













































  

| Name | Address | | City | State | Zip |
|---|---|---|---|---|---|
| Rusyn, Glenn | 107 Fred Patrick Dr. | | Killeen | TX | 76542 |
| Mercado, Manuel | 641 Paloma Blanca Drive | | Chaparral | NM | 88081 |
| Drawhorn, Margaret | 340 Talpa Trail | | Lumberton | TX | 77657 |
| Gonzales, Jesus | 6355 Ascencion Circle | | Las Cruces | NM | 88012 |
| Castaneda, Cecy | 1650 George Dieter Drive | Apt 1002 | El Paso | TX | 79936 |
| Espinoza, Amy | 1601 McRae Boulevard | Apt. G2 | El Paso | TX | 79925 |
| Douriso, Demetrius | 5004 Michael Drive | | Killeen | TX | 76549 |
| Scott, James | 1500 Breckenridge Dr | | Van Buren | AR | 72956 |
| Vera, Alejandro | 13442 Emerald Bay Way | | Horizon City | TX | 79928 |
| Esparza, Daniel | 3337 Limerick | | El Paso | TX | 79925 |
| Mowles, Brinton | 3125 Opitz Road | | Anthony | NM | 88021 |
| Snell, Elizabeth | 22895 Greenland Ln | | Elysian | MN | 56028-4496 |
| Zubia, Emmanuel | 757 Derrickson Drive | | El Paso | TX | 79912 |
| Mangual, Stephanie | 6204 Brazos River Drive | | El Paso | TX | 79932 |
| Rodriguez, Lizbetthe | 3207 Zephyr Road | | Killeen | TX | 76543 |
| Thomas, Marlon | 3300 East Rancier Avenue | Apt. 208 | Killeen | TX | 76543 |
| Pratt, Elizabeth | P O Box 1225 | | Hilltop Lakes | TX | 77871 |
| Martinez, Beatriz | 10333 Grouse RdTr19 | | El Paso | TX | 79936 |
| Aranda, Oscar | 3408 Spotted Horse Drive | | El Paso | TX | 79936 |
| Urrutia, Ryan | 14048 Highweed | | El Paso | TX | 79928 |
| Ichniowski, Mike | 3205 CANONGATE WAY | | FORT SMITH | AR | 72908 |
| Jones, Angela | 410 Jann Dr | | Shreveport | LA | 71106 |

| Owen, Lois | 8389 Blanchard-Furrh Rd. | | Shreveport | LA | 71107 |
|---|---|---|---|---|---|
| Valenzuela, Joseph | 3650 Morning Star Dr | Unit 2006 | Las Cruces | NM | 88011 |
| Bushnaq, Jameel | 1007 Northeast 1st Street | | Muldrow | OK | 74948 |
| Barlow, Daniel | 10535 Montwood Drive | Apt 35 | El Paso | TX | 79935 |
| Rojas, Jacqueline | p.o.box 342 | | San Elizario | TX | 79849 |
| Powell, Johnny | 1310 Almond RD. | | Big Sandy | TX | 75755 |
| Arias, Maribel | 2187 Lisa Sherr St | | El Paso | TX | 79938 |
| Hernandez, Pedro | 5941 Porpoise Drive | | El Paso | TX | 79924 |
| Carrasco, Maribel | 624 Haselden Rd | | Horizon City | TX | 79928 |
| Daniels, Jennifer | 1890 Masters Road | | Waskom | TX | 75692 |
| Daniels, Jennifer | 1890 Masters Road | | Waskom | TX | 75692 |
| Rangel, Roberto | 11201 Socorro Road | | Socorro | TX | 79927 |
| Bassett, Gayle | 1113 Berkshire Ct | | Las Cruces | NM | 88005 |
| Roney, Sandra | 1206 Suncrest Street | PO. Box 1724 | Bryan | TX | 77803 |
| Martinez, Gabriela | 833 Frank Pl | | Canutillo | TX | 79835 |
| Shifflett, Mary | 2480 Pops Landing Road | | Ore City | TX | 75683 |
| Hooks, Cheryl | 6136 South 66th Street #2 | | Fort Smith | AR | 72903 |
| Lockett, Juanita | 463 Creekside Drive | | Belton | TX | 76513 |
| Sambrano, Ruben | 953 Clapham St | | El Paso | TX | 79928 |
| Yepez, Leonel | 256 Lago Grande Drive | | Horizon City | TX | 79928 |
| Driskill, Jerry | 125 Saddle Brook Circle | | Hallsville | TX | 75650 |
| Hughs, Lisa | 675 Frontier Dr | | Las Cruces | NM | 88011 |
| Ogunsanya, Dokpe | 1006 Skylark Hill Lane | | Pflugerville | TX | 78660 |
| Harper, Karen | 5310 Laurel | | Beaumont | TX | 77707 |
| Torres, Robert | 7761 Dianjou | | El Paso | TX | 79912 |
| Sarmiento Almanza, Brian | 3414 28th Street | | Port Arthur | TX | 77642 |
| Washington, DyNesha | 3745 Crow Rd | 238 | Beaumont | TX | 77706 |
| Washington, DyNesha | 3745 Crow Rd | 238 | Beaumont | TX | 77706 |
| Carreno, Luis | 11424 Lake Geneva Dr. | | El Paso | TX | 79936 |
| Thomas, Paulette | 506 Bridal Wreath | | Orange | TX | 77630 |
| Hernandez, Christopher | 7228 Dale Road | | El Paso | TX | 79915 |
| Mariscal, Eduardo | 7234 Longspur Drive | | El Paso | TX | 79911 |
| Roman, Salina | 701 Cascade Lane | | El Paso | TX | 79912 |
| Lewis, Lisa | PO Box 144 | | Troy | TX | 76579 |
| Varnell, Jeremy | 1601 S Fresno St | Apt 3 | Fort Smith | AR | 72901 |
| Arreola, Celestina | 5500 Confetti Drive | Apt A14 | El Paso | TX | 79912 |
| Arreola, Celestina | 5500 Confetti Drive | Apt A14 | El Paso | TX | 79912 |
| Arreola, Celestina | 5500 Confetti Drive | Apt A14 | El Paso | TX | 79912 |
| McDaniel, Robin | 2921 Snoddy Road | | Longview | TX | 75604 |
| Montez, Aris | 899 Llewellyn Drive | | Killeen | TX | 76542 |
| Rash, Rebbie | 4921 Mcgregor Drive | | El Paso | TX | 79904 |
| Luna, Alice | 1200 Hutchings Boulevard | | Longview | TX | 75602 |
| Rusyn, Yolande | 107 Fred Patrick Drive | | Killeen | TX | 76542 |
| Rusyn, Yolande | 107 Fred Patrick Drive | | Killeen | TX | 76542 |
| Rusyn, Yolande | 107 Fred Patrick Drive | | Killeen | TX | 76542 |
| Gutierrez-Renteria, Brenda | 2948 Onate Rd | | Las Cruces | NM | 88007 |
| Atkinson, Jeff | 1401 HAWK TREE DR | | College Station | TX | 75845 |
| Loya, Diana | 6241 Brillo Luna | | El Paso | TX | 79932 |
| Evans, Lisa | 800 dove landing ave | | College station | TX | 77845 |
| Savoy, Fredrica | P.O. Box 4499 | | Fort Smith | AR | 72914 |
| Markham, Staci | 230 Lazy Way | | Fairfield | TX | 75840 |
| Armstrong, Albert | 616 Timber Oaks | | El Paso | TX | 79932 |
| Thrash, Brenda | 7960 Ginger Ln | | Lumberton | TX | 77657 |
| Marquez, Samuel | 1305 Shadow Canyon Place | | El Paso | TX | 79912-7695 |
| Chargois, Heather | 2805 West Lucas Drive | | Beaumont | TX | 77706 |
| Chargois, Heather | 2805 West Lucas Drive | | Beaumont | TX | 77706 |
| Chargois, Heather | 2805 West Lucas Drive | | Beaumont | TX | 77706 |
| Simpson, Larry | 2604 Chillingham Ct. | | College Station | TX | 77845 |
| Simpson, Larry | 2604 Chillingham Ct. | | College Station | TX | 77845 |
| Lunsford, Ronald | PO Box 4741 | | Bryan | TX | 77805 |
| Wordinger, Ben | 7303 Harmon Road | | Copperas Cove | TX | 76522 |
| Duran, Jennifer | 6609 Amposta Drive | | El Paso | TX | 79912 |
| Rico, Antonio | 13031 Tierra Westex Lane | | El Paso | TX | 79938 |
| Rico, Antonio | 13031 Tierra Westex Lane | | El Paso | TX | 79938 |
| Rice, Angela | 5603 Aberdeen Ct | | Temple | TX | 76502 |

| | | | | | |
|---|---|---|---|---|---|
| Sinopoli-Bascom, Paula | 3265 Monte Doro Drive | | Birmingham | AL | 35216 |
| Lagasca, Marianne | 11225 William McCool St | | El Paso | TX | 79934 |
| Lagasca, Marianne | 11225 William McCool St | | El Paso | TX | 79934 |
| Lagasca, Marianne | 11225 William McCool St | | El Paso | TX | 79934 |
| Blanco, Jose | 4011 FM 1113 | | COPPERAS COVE | TX | 76522 |
| Wright, Samantha | 10502 Farm to Market 2410 | Lot C2 | Belton | TX | 76513 |
| Barela, Paul | Po Box 1186 | | Mesilla Park | NM | 88047 |
| Rasmussen-Jackson, Jayme | 5530 George Catlin Road | | Las Cruces | NM | 88011 |
| Dodis, Paula | 1720 Central Dr. | | Beaumont | TX | 77706 |
| Dodis, Paula | 1720 Central Dr. | | Beaumont | TX | 77706 |
| Dodis, Paula | 1720 Central Dr. | | Beaumont | TX | 77706 |
| Sanchez, Nichole | 810 frances dr | | grand prairie | TX | 75052 |
| Torchia, Ciara | 225 East Brandon Street | | Longview | TX | 75604 |
| Albidres, Samantha | 9324 West H Burges Drive | | El Paso | TX | 79925 |
| Rangel, John | 418 Montreal Circle | | El Paso | TX | 79927 |
| Martinez, Gilbert | 3536 Dragon Crest Drive | | El Paso | TX | 79936 |
| Barraza-Murillo, Soledad | 513 Rosinante Rd | | El Paso | TX | 79922 |
| Ruiz, Fernando | 8301 Solar Place | | El Paso | TX | 79904 |
| White, Samantha | 14032 Flowering Cactus | | El Paso | TX | 79928 |
| Edmonson, Jay | 409 Chateau St | | Barling | AR | 72923 |
| Haynes, Miles | 7985 Blue Bonnet Street | | Beaumont | TX | 77713 |
| Salomon, Khrystal | 2575 Desert Hills Drive | | Alamogordo | NM | 88310 |
| Williams, Linda | 1526 FM 1794 east | | DeBerry | TX | 75639 |
| Jurado, Roxanne | 11225 Sheffield | | El Paso | TX | 79927 |
| Gonzales, Victoria | 6161 Golden Echo Place | | Las Cruces | NM | 88012 |
| Valles, Hazel | 2595 Mars Avenue | #7203 | Las Cruces | NM | 88012 |
| Aragon, Olga | 112 N. Halstead Dr. | | El Paso | TX | 79928 |
| Yondjio, Clovis | 12001 Dessau Road | #822 | Austin | TX | 78754 |
| Lerma, Nayeli | 12704 Cozy Creek | | El Paso | TX | 79938 |
| Jackson, Theressa | 501 Locust Street | | Marshall | TX | 75670 |
| Alvis, Jeremy | 1203 Carmel Ct. | | College Station | TX | 77845 |
| Felix, Nicole | 2990 Trawood Dr. | Apt 9E | El Paso | TX | 79936 |
| Felix, Nicole | 2990 Trawood Dr. | Apt 9E | El Paso | TX | 79936 |
| Rodriguez, Ashley | 140 Camino De Nosotros | | Las Cruces | NM | 88007 |
| Martinez, David | 4528 Hellas Street | | El Paso | TX | 79924 |
| Clelland, Laura | 3033 Executive Hills Rd | | Las Cruces | NM | 88011 |
| Rosales, Eduardo | 292 Yolanda Drive | | El Paso | TX | 79915 |
| Employee, Emily | 123 Test Drive | | Atlanta | GA | 60516 |
| Alsop, Rosa | 3334 Zion Lane, Apt. C-07 | | El Paso | TX | 79904 |
| Alsop, Rosa | 3334 Zion Lane, Apt. C-07 | | El Paso | TX | 79904 |
| Rehbein, Tracey | 2804 Claude Dove Drive | Apt 4 | Las Cruces | NM | 88011 |
| Gutierrez, Olga | 8445 Beverly Place | | El Paso | TX | 79907 |
| Pruitt, Jennifer | 1201 Pine Hollow Drive | | Van Buren | AR | 72956 |
| Talamantes, Veronica | 6500 Valle Del Rio Drive | | La Mesa | NM | 88044 |
| Casas, Jose | 405 Vin Etienne Drive | BE | El Paso | TX | 79912 |
| Wagner, Erica | 1908 Pinckney Court | A | Killeen | TX | 76542 |
| McKinstry, Margo | 1242 Canyon Creek Circle | | College Station | TX | 77840 |
| Jones, Perry | 709 PLEASANT VALLEY RD | PO BOX 613 | Poteau | OK | 74953 |
| Perea, Priscilla | 4656 R T Cassidy Dr | | El Paso | TX | 79924 |
| Henson, Sherry | 400 FM 1004 W | | Kirbyville | TX | 75956 |
| Montelongo, Amanda | 9496 Luna Vista Sp2 | | Las Cruces | NM | 88012 |
| Valenzuela, Federico | 10477 Chinaberry Drive | | El Paso | TX | 79925 |
| Arnold, Melinda | 1816 Diana Lane | | Harker Heights | TX | 76548 |
| Detrich, Janie | 11905 SGT Patrick Gass | | El Paso | TX | 79908 |
| Rios, Martin | 315 Lulac Drive Apt. B | | El Paso | TX | 79905 |
| Rios, Martin | 315 Lulac Drive Apt. B | | El Paso | TX | 79905 |
| Griego, Carolyn | 2000 Lava Ln | | Killeen | TX | 76549 |
| Couttolenc, Luciano | 6724 Pino Real | | El Paso | TX | 79912 |
| Zavala, Margarita | 5121 Beautonne Ave | | El Paso | TX | 79924 |
| Montanez, Steve | 633 La Melodia | | Las Cruces | NM | 88011 |
| Stratta, Marantha | 3924 Park Hurst Drive | | Bryan | TX | 77802 |
| Delgadillo, Luis | 7900 Dogwood | | El Paso | TX | 79925 |
| Campos, Sarah | 11968 Francis Scobee | | El Paso | TX | 79936 |
| Mapp, Atimberly | 1450 North Major Drive | Apt #1003 | Beaumont | TX | 77706 |
| Franklin, Yvette | 1808 Hooper Street | | killeen | TX | 76543 |

| | | | | | |
|---|---|---|---|---|---|
| Lopez, Jose | 9727 alameda Ave spc A 128 | spc a 128 | Socorro | TX | 79927 |
| Garcia, Gabriel | 4141 Westcity Court | 162 | El Paso | TX | 79902 |
| Harris, Jesse | 9100 Ashlyn Drive | | Killeen | TX | 76542 |
| Tobias, Heather | 1809 Schotticke LN | | Killeen | TX | 76542 |
| Harris, Cynthia | 2800 Bernhardt Dr | | Port Arthur | TX | 77642 |
| Quintana, Juan | 7225 Barker Rd | | El Paso | TX | 79915 |
| Normand, Rasheka | 1105 Circle M Dr | | Killeen | TX | 76594 |
| Villa, Maria | 1918 Bay City Place | | El Paso | TX | 79936 |
| Hunter, Donnis | 3145 Canterbury Lane | | Port Neches | TX | 77651 |
| De Luna, Reynaldo | 1209 Hueco Street | | Chaparral | NM | 88081 |
| Miller, Jonathan | 1805 Kangaroo Ave | | Killeen | TX | 76543 |
| Morgan, Stephen | 810 West Broadway | | Henryetta | OK | 74437 |
| Gonzalez, Irene | 101 Arcadian Cv | | Liberty Hill | TX | 78642 |
| Fries, Shannon | 6704 Hermoso Del Sol | | El Paso | TX | 79911-3020 |
| Perez, Lluvia | 14367 Desert Sage Drive | | Horizon City | TX | 79928 |
| Shipe, Jo | 3505A Elm St | | Van Buren | AR | 72956 |
| Murillo, Mike | 513 Rosinante Road | | El Paso | TX | 79922 |
| Taylor, Kymberly | 1504 Indian Trail Apt A | | Harker Heights | TX | 76548 |
| Chavarria, Audrey | 5255 Nike Ave | | Las Cruces | NM | 88011 |
| Avila, Nancy | 5712 Wren | | El Paso | TX | 79924 |
| Montero, Ivan | 14052 Tierra Vida Way | | El Paso | TX | 79938-4352 |
| Tackett, Janel | 10064 Fuller Avenue | | Pocola | OK | 74902 |
| Fuentes, Jose | 2601 Elm Street | | El Paso | TX | 79930 |
| Fields, Andre | 1500 San Antonio St | | Killeen | TX | 76541 |
| Parker, Matthew | 812 Cliffside Drive | | Harker Heights | TX | 76548 |
| Villalobos, Patrisia | 3214 Kilkenny | | El Paso | TX | 79925 |
| Loftin, Angela | 2210 Indian Camp Trail | | Copperas Cove | TX | 76522 |
| Rodriguez, Jeanine | 2829 San Elizario Court | | Las Cruces | NM | 88007 |
| Lee, Alice | 1861 Washington Boulevard | | Beaumont | TX | 77705 |
| Lee, Alice | 1861 Washington Boulevard | | Beaumont | TX | 77705 |
| Mckey, Shannon | Vista College | 2704 Texas Ave S. | College Station | TX | 77840 |
| Mckey, Shannon | Vista College | 2704 Texas Ave S. | College Station | TX | 77840 |
| Grahl, Keith | 3501 Village Road | | Fort Smith | AR | 72903 |
| Granado, Martina | 4094 Bravia Dove Loop | | Las Cruces | NM | 88021 |
| Barraza, George | 130 Sombra Verde | | Anthony | NM | 88021 |
| Cuen, Jeffrey | 120 Avena Mirador | | Santa Teresa | NM | 88008 |
| Martinez, Michelle | 5579 patagonia | | Las Cruces | NM | 88011 |
| Gallardo, Andres | Alamo Street | | Las Cruces | NM | 88001 |
| James, Jennifer | 471188 East 1120 Road | | Muldrow | OK | 74948 |
| Enriquez, Carlos | 3213 Royal Jewel | | El Paso | TX | 79936 |
| Bugenhagen, Bobby | P.O. Box 5905 | | Bryan | TX | 77805-5905 |
| Davidson Deckard, Rosland | 202 Jessica Lane | | Longview | TX | 75605 |
| Palmer, Robin | 8930 Bessie Heights Rd | | Orange | TX | 77630 |
| Palmer, Robin | 8930 Bessie Heights Rd | | Orange | TX | 77630 |
| Palmer, Robin | 8930 Bessie Heights Rd | | Orange | TX | 77630 |
| Batchelor, Danielle | 2081 Ravenstone Loop | | College Station | TX | 77845 |
| Vargas, Christina | 3494 Wesley Dr | | Las Cruces | NM | 88012 |
| Kelly, Tammi | 1800 Eubanks Street | | Longview | TX | 75602 |
| Quinn, Patricia | 2100 Glemmway | | El Paso | TX | 79925 |
| Chavarria, Israel | 5255 Nike Avenue | | Las Cruces | NM | 88011 |
| O'Hare, Brian | 11626 Spring Ridge Dr | | Fort Smith | AR | 72916 |
| Beavers, Donald | 10435 County Road 270 | | Somerville | TX | 77879 |
| Fuentes Mendoza, Debra | 10296 Bush Lane | | El Paso | TX | 79925 |
| Davis, Michael | 150 Cross Creek Road | | Longview | TX | 75602 |
| Lopez, Aletsy | 3113 Tierra Pino Drive | | El Paso | TX | 79938 |
| Williams, Brett | 1102 South Riley Street | | Hearne | TX | 77859 |
| Fry, Reagan | 3795 Bristol Drive | | Beaumont | TX | 77707 |
| Oeming, Caleb | 825 S Telshor Blvd | APT 47 | Las Cruces | NM | 88011 |
| Crowder, Carmen | 6633 Fiesta Dr. | | El Paso | TX | 79912 |
| Rodriguez, Omar | 5101 Dearborne Drive | | El Paso | TX | 79924 |
| Navarro, Jorge | 13532 Miracerros Drive | PO BOX 1256 | San Elizario | TX | 79849 |
| Yetter, Melissa | 603 Brussels Drive Edelweiss | | College Station | TX | 77845 |
| Salley, Anthony | 21608 W. Forest Ave | | Howe | OK | 74940 |
| Valdiviezo, Elizabeth | 12400 Rojas Sp 29 | | El Paso | TX | 79928 |
| Valdiviezo, Elizabeth | 12400 Rojas Sp 29 | | El Paso | TX | 79928 |

| | | | | | |
|---|---|---|---|---|---|
| Atkinson, Samantha | 520 dowlen | apt 163 | Beaumont | TX | 77706 |
| Crawford, Barbara | 803 Power Road | #B | Georgetown | TX | 78628 |
| James Jr, Tolly | 4206 Pete Dr. | | Killeen | TX | 76549 |
| James Jr, Tolly | 4206 Pete Dr. | | Killeen | TX | 76549 |
| Rincones, Belinda | 7341 Corona Del Sol Drive | | El Paso | TX | 79911 |
| LaFleur, Tanna | 6844 Marshall Place Drive | | Beaumont | TX | 77706 |
| Parham, Detrice | 203 Hill Street | | Longview | TX | 75605 |
| Ordaz, Carlos | 14813 David Latin | | El Paso | TX | 79938 |
| De Avila, Jesus | 8224 Turk Court | | El Paso | TX | 79907 |
| Nettles, LaBrina | 4499 OLD DOWLEN RD | apt 414 | Beaumont | TX | 77709 |
| Beavers, Yolanda | 10435 Cr 270 | | Sommerville | TX | 77879 |
| Cervantes, Juana | 4425 Trowbridge | | El Paso | TX | 79903 |
| Cervantes, Juana | 4425 Trowbridge | | El Paso | TX | 79903 |
| Carson, Ellen | 3524 Saddle Rock Rd | | Las Cruces | NM | 88011 |
| Archer, Marcella | 344 McKinnon Drive | | Kilgore | TX | 75662 |
| Crear, Kayla | 3720 Ivanhoe Drive | | Temple | TX | 76502 |
| Hamilton, Alejandra | 4803 John David Drive | unit b | Killeen | TX | 76549 |
| Reith, Tamara | 502A South 20th Street | | Fort Smith | AR | 72901 |
| Hobbs, Rebecca | 3958 AGUA DE VIDA DR | | Las Cruces | NM | 88012 |
| Griffin, Lamanda | 2312 North 56th Lane | | Fort Smith | AR | 72904 |
| Granson, Stanley | 723 North 2nd Street | | Beaumont | TX | 77701 |
| Kim, Miok | 714 Dindinger Rd | | El Paso | TX | 79927 |
| Kim, Miok | 714 Dindinger Rd | | El Paso | TX | 79927 |
| Olsen, Savannah | 5817 Redstone Pass Court | | El Paso | TX | 79934 |
| Burnett, Loriann | 7523 Buffalo Grass Drive | | Temple | TX | 76502 |
| Allen, John | 2307 Moonstone Drive | | Killeen | TX | 76549 |
| Thompson, Valerie | 595 Rolling Hills Drive | | Killeen | TX | 76543 |
| Clark, Tony | 1151 N Roadrunner Pkwy | Apt 706 | Las Cruces | NM | 88011 |
| Edmonson, Cynthia | 513 Collins Road | | Hallsville | TX | 75650 |
| Edmonson, Cynthia | 513 Collins Road | | Hallsville | TX | 75650 |
| Gavaldon-Hernandez, Veronica | 5686 Oakcliff | | El Paso | TX | 79912 |
| Smith, LaTonya | 1229 Stonewall Frierson | 111 | Frierson | LA | 71027 |
| Koetz, Donald | 3660 Santa Cecilia A | | Las Cruces | NM | 88012 |
| Torres, Omar | 13609 Lartington Street | | El Paso | TX | 79928 |
| Williams, Waverloan | 1305 West Villa Maria Apt | A-107 | Bryan | TX | 77801 |
| Williams, Waverloan | 1305 West Villa Maria Apt | A-107 | Bryan | TX | 77801 |
| Williams, Waverloan | 1305 West Villa Maria Apt | A-107 | Bryan | TX | 77801 |
| Clayton, Jessica | 722 Constitution Dr | unit 508 | Copperas Cove | TX | 76522 |
| Avalos, Becky | 5701 Colin Powell Avenue | | El Paso | TX | 79934 |
| Hines, Monica | 1900 Bacon Ranch Road | Apt 506 | Killeen | TX | 76542 |
| Hines, Monica | 1900 Bacon Ranch Road | Apt 506 | Killeen | TX | 76542 |
| Hines, Monica | 1900 Bacon Ranch Road | Apt 506 | Killeen | TX | 76542 |
| Huerta, Cindy | 14913 Jerry Armstrong CT | | El Paso | TX | 79938 |
| Savage, David | 8105 Colony Lane | | Fort Smith | AR | 72908 |
| Bratcher, Larry | 8509 MEADOW OAKS LANE | | FORT SMITH | AR | 72903 |
| Mimbs, Melody | 1207 S. 11th St. | | Copperas Cove | TX | 76522 |
| Jones, John | 1467 Shelby Ridge Drive | | El Paso | TX | 79912 |
| Carmona, Ana | 5229 Viceroy Drive | | El Paso | TX | 79924 |
| Gomez, Bruce | 1021 Skyblazer | | El Paso | TX | 79928 |
| Ford, Brandon | 3101 Pine Haven Road | | Tyler | TX | 75702 |
| Robinson, Christina | 108 Zarley Drive | | Copperas Cove | TX | 76522 |
| Pearson, Mary Darlene | 7146 Foxtrot Dr | | Orange | TX | 77632 |
| Lewis, Justin | P.O. Box 3057 | | Las Cruces | NM | 88003 |
| Cheater, Deborah | 461696 E 1130 Rd | | Sallisaw | OK | 74955 |
| DeVine, Khitan | 1703 Spring Rose Circle | Apt A | Killeen | TX | 76543 |
| DeVine, Khitan | 1703 Spring Rose Circle | Apt A | Killeen | TX | 76543 |
| Dominguez, Veronica | 10974 Joe Dimaggio Circle | | El Paso | TX | 79934 |
| Simmons, Sara | 11019 La Paloma Loop West | | Salado | TX | 76571 |
| Smith, Jason | 1504 N Hills Blvd | | Van Buren | AR | 72956 |
| Arbaugh, Wanda | 5611 Country Club Avenue | | Fort Smith | AR | 72903 |
| Arbaugh, Wanda | 5611 Country Club Avenue | | Fort Smith | AR | 72903 |
| Sanchez, Victor | 10700 VISTA DEL SOL DR APT 923 | | EL PASO | TX | 79935 |
| Portillo, Holly | 894 U.S. 77 | | Rosebud | TX | 76570 |
| Casillas, Jesus | 3816 Jefferson | | El Paso | TX | 79930 |
| Casillas, Jesus | 3816 Jefferson | | El Paso | TX | 79930 |

| | | | | | |
|---|---|---|---|---|---|
| Edwards, Kellie | 11504 Cobb St | | Diana | TX | 75640 |
| Robertson, Donna | 6406 CR 7410 | | Lubbock | TX | 79424 |
| Galaviz, Sandra | 3217 Mike Godwin Dr | | El paso | TX | 79936 |
| Vunnamadala, Avanash | 2515 VELARDE PLACE | LAS CRUCES | 88011 | TX | 79912 |
| Hinojos, David | 1187 Acequia Linda Road | | Anthony | NM | 88021 |
| Kozlowski, Frank | 489 Lemans Street | | Ore City | TX | 75683 |
| Stec, Steven | 4304 Feather Hill Road | | Charleston | AR | 72933 |
| Petersen, Michael | 15532 Creek Meadow Blvd N | | College Station | TX | 77845 |
| Tivet, Micheal | 304 E Carolanne Blvd | | Marshall | TX | 75672 |
| Jacquez, Erica | 536 Venado Drive | | El Paso | TX | 79915 |
| Allen, Caesonia | 9530 Gross Street | | Beaumont | TX | 77707 |
| Ortiz, Yolanda | 7349 Luz De Lumbre | | El Paso | TX | 79912 |
| Conrad, Paula | 125 Cr 1132 | | Kilgore | TX | 75662 |
| Lamb, Adam | 2000 Seabiscuit Trace | #A | Longview | TX | 75604 |
| Zalamar, Minerva | 1251 Franklin Bluff Drive | | El Paso | TX | 79912 |
| Washburn, Christopher | 6948 Moongate Road | | Las Cruces | NM | 88012 |
| Youngquist, Teresa | 7838 Hickory Ridge Lane | | Mulberry | AR | 72947 |
| Winston, Emily | 1601 Holleman Drive | 1602 | College Station | TX | 77840 |
| Winston, Emily | 1601 Holleman Drive | 1602 | College Station | TX | 77840 |
| Phillips, Fredericka | 8065 wilcox lane | | beaumont | TX | 77706 |
| Blackburn, Jon | 2701 Longmire Drive | Apt 1102 | College Station | TX | 77845 |
| Blackburn, Jon | 2701 Longmire Drive | Apt 1102 | College Station | TX | 77845 |
| Castro, Oscar | 5508 Dearborne Drive | | El Paso | TX | 79924 |
| Anderson, Tamra | 8483 Bollweevil lane and | | Anderson | TX | 77830 |
| Pingo, Aaron | 3077 Stormy Point Dr | | El Paso | TX | 79938 |
| Reid, Patricia | 1904 Trimmier Road | | Killeen | TX | 76541 |
| Jaeger, Cameron | 305 Barbara Drive | | Longview | TX | 75604 |
| Ortiz, Alma | 2129 Jonwood St | | El Paso | TX | 79925 |
| Torres, Daniel | 311 West Viggie Street | | Hebbronville | TX | 78361 |
| Soto, Miguel | 405 Nita Pl. | | El Paso | TX | 79928 |
| Lopez, Jeremiah | 12029 Greenveil Drive | | El Paso | TX | 79936 |
| Mouton, Marilyn | 2455 Hazel St. | | BEAUMONT | TX | 77702 |
| Hawkins, Akiri | 2200 Legacy Lane | | Belton | TX | 76513 |
| Maynes, Andrea | 3168 Rio Arriza Loop | | Las Cruces | NM | 88012 |
| Dozal, Hector | PO BOX 221542 | | El Paso | TX | 79913 |
| Beekman, Tammie | 208 Fairview | | Longview | TX | 75604 |
| Bell, Shanadrian | 1009 Memphis Street | | Longview | TX | 75604 |
| Bell, Shanadrian | 1009 Memphis Street | | Longview | TX | 75604 |
| Cook, Earlene | 503 Howard Street | | Longview | TX | 75602 |
| Juarez, Jesus | 1001 Glenwood Place | | El Paso | TX | 79903 |
| Gallegos, Leonard | 1302 W. Mcfie | | Las Cruces | NM | 88001 |
| Cole, Kelsey | 1301 Barthelow Drive | | College Station | TX | 77840 |
| Hodge, Marilyn | 701 Gilmer Rd | 316 | Longview | TX | 75604 |
| Hodge, Marilyn | 701 Gilmer Rd | 316 | Longview | TX | 75604 |
| Samaniego, Celina | 425 Lt. Luis Peralta Rd | | El Paso | TX | 79927 |
| Samuels, Ida | 1725 14th Street | | Port Arthur | TX | 77640 |
| Bell, Tommie | 1701 Farhills Drive | | Killeen | TX | 76549 |
| Goldsmith, Randy | 5006 Hardscrabble Way | | Fort Smith | AR | 72903 |
| Natividad, David | 10400 Amado Place | | Socorro | TX | 79927 |
| Hill, James | 3265 Westridge Drive | | Las Cruces | NM | 88005 |
| Quintanilla, Sylvia | 2190 Mars Ave. Apt. #5 | | Las Cruces | NM | 88012 |
| Whitfield, Christopher | 11028 Acoma Street | | El Paso | TX | 79934 |
| Tirre, Chelsea | 501 North Park | | Las Cruces | NM | 88005 |
| Tirre, Chelsea | 501 North Park | | Las Cruces | NM | 88005 |
| Tirre, Chelsea | 501 North Park | | Las Cruces | NM | 88005 |
| Bryant, Corinthians | 2450 West Lucas 37 | | Beaumont | TX | 77706 |
| Crump, Karen | 1507 S 9th St | | Temple | TX | 76504 |
| Ontiveros, Benjamin | 4548 R T Cassidy Dr | | El PASO | TX | 79924 |
| Johnson, Danielle | 4401 Golden Gate Drive | | Killeen | TX | 76549 |
| Pothier, Rochelle | 1521 Maya Trail | Side A | Harker Heights | TX | 76548 |
| Wurdeman, Larry | 2501 Dennis Street | | Copperas Cove | TX | 76522 |
| Mello, Eva | 1104 N, 24th street | | Vanburen | AR | 79256 |
| Beeler, Michael | 8701 Catalpa Lane | | El Paso | TX | 79925 |
| Facio, Claudia | 11277 Acoma Street | | El Paso | TX | 79934 |
| Raines-Crenier, Yanira | 10776 Pleasant sand dr | | El Paso | TX | 79924 |

| Name | Address | | City | State | Zip |
|---|---|---|---|---|---|
| Cox, Lynn | 8869 s. main st. | | mesilla park | NM | 88047 |
| Calderon, Jocelyn | 5104 Bridgewood dr | | Killeen | TX | 76549 |
| Heintzel, Rachel | 727 Kacie Drive | | Temple | TX | 76502 |
| Aguilar, Luis | 11133 Seaview Dr. | | El Paso, Texas | TX | 79936 |
| Garcia, Manuel | 5641 Valley Cedar Drive | | El Paso | TX | 79932 |
| Diaz, Jesse | 148 Polo Inn Road | | El Paso | TX | 79915 |
| Hill, Kiana | 4702 Rio Bravo Court | | Las Cruces | NM | 88007 |
| Webber, Chris | 10206 High Rock Road | | Rudy | AR | 72952 |
| Caldwell, Laquita | 7362 Southbranch Pkwy | | Olive Branch | MS | 38654 |
| Ronda, Milton | 7361 Luz De Lumbre Avenue | | El Paso | TX | 79912 |
| Murrell, Rahian | 5003 Heather Lane Apt. A | | Killeen | TX | 76549 |
| Baca, Iascc | 5509 Fenton Lane | | Belton | TX | 76513 |
| Baca, Iascc | 5509 Fenton Lane | | Belton | TX | 76513 |
| Lancaster, Susan | 1005 Emerald Dove Ave | | College Station | TX | 77845 |
| Mask, Joanne | 3315 Lorilee Street | | Beaumont | TX | 77708 |
| Goffney, Dematria | 3304 Chisholm Trl | | Bryan | TX | 77803 |
| Lusk, Amanda | 9390 CR 2152D | | Longview | TX | 75603 |
| Page, Tracie | 1909 Chiricahua Trce | | Harker Heights | TX | 76548 |
| Page, Tracie | 1909 Chiricahua Trce | | Harker Heights | TX | 76548 |
| Stout, Sheila | 4363 Roans Chapel Road | | College Station | TX | 77845 |
| Armenta, Ubaldo | 11262 Enid Wilson | | El Paso | TX | 79936 |
| Howell, Ragina | 11953 FM 1716 E | | Henderson | TX | 75652 |
| Hudson, Donald | 4902 Deerwood Loop | | Killeen | TX | 76542 |
| Dominguez, Kristy | 9608 Selkirk Drive | | El Paso | TX | 79925 |
| Gao, Jun | 12425 Norwich St. | | Fort Smith | AR | 72916 |
| Standifer, Mark | 15620 Maxey Hill Rd | | Mulberry | AR | 72947 |
| Lane, Diane | 2093 San Jose Rd. | | La Mesa | NM | 88044 |
| Lane, Diane | 2093 San Jose Rd. | | La Mesa | NM | 88044 |
| DeLacey, Allen | 2203 Botanical Drive | apt 404 | Killeen | TX | 76542 |
| Oney, Jeffry | 5410 Annette Street | | Marshall | TX | 75672 |
| Cooper, Raven | 412 N 16th St | | Van Buren | AR | 72956 |
| Johnson, Varonica | 110 East Hawkins Parkway | Apt 4108 | Longview | TX | 75605 |
| Collins, LaCamron | 1307 Cavalry Lane #D | | Killeen | TX | 76549 |
| Sainz, Irene | 2929 Pino Seco Pl | | El Paso | TX | 79938 |
| Sainz, Irene | 2929 Pino Seco Pl | | El Paso | TX | 79938 |
| Beanes, Reynaldo | 12435 Knightsbridge | | El Paso | TX | 79928 |
| Cabrera, Elizabeth | 1700 Raleigh Street | | Fort Smith | AR | 72901 |
| Enriquez, José | Brisa Del Mar Drive | | El Paso | TX | 79912 |
| Campos, Jesus | 14273 Craggy Rock Avenue | | El Paso | TX | 79938 |
| Lazcano, Maria | 1421 Murchison Dr. | | El Paso | TX | 79902 |
| Morton, Cristina | 7400 Dale Rd | | El Paso | TX | 79915 |
| Childress, Ronald | 2998 Longbow Loop | | Las Cruces | NM | 88011 |
| Guerrero, Enid | 1212 Belvidere St | | El Paso | TX | 79912 |
| Flores, Carlos | 1342 Malmo Road | | Canutillo | TX | 79835 |
| Pena, Nova | 3125 Eclipse Ridge Lane | | Las Cruces | NM | 88011 |
| Pena, Nova | 3125 Eclipse Ridge Lane | | Las Cruces | NM | 88011 |
| Tena, Sandi | 6420 Franklin Ridge Drive | | El Paso | TX | 79912 |
| Nichols, Chris | 1601 JACOBS AVE | | FORT SMITH | AR | 72908 |
| Amaro, Javier | 3404 Taylor Ave | | El Paso | TX | 79930 |
| Mosser, Robert | 130 Sobrante, Unit 115 | | Belton | TX | 76513 |
| Valles, Sonia | 3105 Hickman Street | | El Paso | TX | 79936 |
| Patel, Pritesh | 628 Joppa Road | | Leander | TX | 78641 |
| Payne, Barbara | 10613 Cuatro Vistas Dr Apt C | | El Paso | TX | 79935 |
| Payne, Barbara | 10613 Cuatro Vistas Dr Apt C | | El Paso | TX | 79935 |
| Caldera, Adrian | 109 Turquoise Lp | | Las Cruces | NM | 88001 |
| Teboh, Tikum | 1305 McQueeny Drive | | College Station | TX | 77845 |
| Escajeda, Mario | 13054 Wesleyan Ave. | | Horizon City | TX | 79928 |
| Hilsendeger, Nicole | 7010 Chad Colley Boulevard | Apt. 704 | Fort Smith | AR | 72916 |
| Alvarez, Martha | 5509 Paraguay Ct | | El Paso | TX | 79903 |
| Williams, Christina | 9506 CR 415 | | Navasota | TX | 77868 |
| Danley, Dennis | 10070 San Marcos Court | | Las Cruces | NM | 88011 |
| Baeza, Sammy | 10520 Eaglestone Way | | El Paso | TX | 79925 |
| Jensen, Rachel | 5545 Redfox Road | | Las Cruces | NM | 88007 |
| Castro, Veronica | 10156 Dunbarton | | El Paso | TX | 79925 |
| Castro, Veronica | 10156 Dunbarton | | El Paso | TX | 79925 |

| | | | | |
|---|---|---|---|---|
| Telg, Shannon | 9114 CR335 | Caldwell | TX | 77836 |
| Adelante Loan Acquisition Group, LLC | 17043 Knots Landing | 0 Addison | TX | 75001 |